Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

*Attorneys for Plaintiff*
*Chrome Hearts, LLC*

09-08-08

E-FILED 09/08/05

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS, LLC., <br><br> Plaintiff, <br><br> vs. <br><br> THAD C. WARTH, et al., <br><br> Defendants. | CASE NO. CV 08-3813 PSG (JTLx) <br><br> ***ORDER RE CONSENT JUDGMENT INCLUDING A PERMANENT INJUNCTION; VOLUNTARY DISMISSAL WITH PREJUDICE*** |

Plaintiff Chrome Hearts, LLC ("Chrome Hearts" or "Plaintiff") and Defendant Thad C. Warth (hereinafter "Defendant") have entered into a Settlement Agreement and Mutual Release as to the claims in the above referenced matter.  Defendant, having agreed to consent to the below terms, it is hereby:

**ORDERED, ADJUDGED, and DECREED** as among the parties hereto that:

1.  This Court has jurisdiction over the parties to this Final Judgment and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

2.  Plaintiff has alleged that Defendant's purchase and sale of counterfeit merchandise bearing piratical copies of Plaintiff's trademarks and copyrighted works constitutes trademark infringement under the Lanham Act and copyright infringement and unfair competition under the Copyright Laws, 17 U.S.C. § 501, et seq and under the common law.

3.  Defendant and its agents, servants, employees and all persons in active concert and participation with them who receive actual notice of this Final Judgment are hereby permanently restrained and enjoined from infringing upon the Chrome Hearts trademarks and copyrighted works, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling and/or offering for sale any unauthorized product bearing the Chrome Hearts trademarks and/or copyrighted works, or words or marks confusingly similar or substantially similar thereto, and, specifically from:

(a) Importing, manufacturing, distributing, advertising, selling and/or offering for sale products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of the Chrome Hearts trademarks and/or copyrighted works.

(b) Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packing or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of the Chrome Hearts trademarks and/or copyrighted works.

(c) Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendant's customers and/or members of the public to believe, the actions of Defendant, the products sold by Defendant in connection with Plaintiff, is sponsored, approved or licensed by Plaintiff, or is affiliated with Plaintiff.

(d) Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiff.

4. Plaintiff and Defendant shall bear their own costs associated with this action.

5. The execution of this Final Judgment by Counsel for the parties and/or by the Defendant appearing *pro se* shall serve to bind and obligate the parties hereto.

6. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Final Judgment, the enforcement thereof and the punishment of any violations thereof. Except as otherwise provided herein, this action is fully resolved with prejudice as to Defendant Thad C. Warth.

### ORDER

IT IS SO ORDERED.

DATED: Sept 8, 2008          **PHILIP S. GUTIERREZ**
                              HON. PHILIP S. GUTIERREZ
                              **United States District Judge**